# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDING

NEWARK                                                                                    DATE:  October 26, 2021

JUDGE:  Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK:  Carmen D. Soto

TITLE OF CASE:                                                                DOCKET #    21-CR-430

UNITED STATES v. ALEXANDER BALDONADO

**Appearances:**

Rebecca Yuan, AUSA for Govt
Linda Foster, Esq. for Deft (AFPD)


Nature of Proceeding:           **MOTION HEARING**

Defendant's consent to proceed via Zoom video conference placed on the record; Defendant present.
Hearing held on defendant's motions to dismiss the indictment and to proceed pro se or substitute counsel [ECF Nos. 16, 17];
Defendant withdraws both motions;
Counsel, Linda Foster to continue representation;
Continuance order to be submitted.


| | |
|---|---|
| Time commenced: | 12:30 p.m. |
| Time adjourned: | 1:00 p.m. |
| Total time: | 30 mins. |


Cc: Chambers                                                                  Carmen D. Soto
                                                                                         Deputy Clerk