# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Crim. No. 21-430 (SDW) |
| v. : | **O R D E R** |
| ALEXANDER BALDONADO : | |
| Defendant. : | |

Defendant having filed motions to dismiss the indictment and to proceed pro se or substitute counsel [Dkt. Entry Nos. 16 and 17];

And on October 26, 2021 this Court having conducted a hearing;

And defendant having advised that he wishes to withdraw his motions;

IT IS on this 26th day of October, 2021,

**ORDERED** that Defendant's motions to dismiss the indictment and to proceed pro se are withdrawn for the reasons set forth on the record on October 26, 2021.

**SO ORDERED.**

  s/ Susan D. Wigenton
Susan D. Wigenton
U.S.D.J.