UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 21-430 |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| ALEXANDER BALDONADO | : | |
| Defendant. | : | |
| _____ | : | |

This matter having come before the Court on Defendant's motion for modification of bail conditions;

And the Government having filed a brief in opposition to the motion for modification of bail [ECF #33];

And this Court having read all the submissions provided;

**IT IS** on this 21st day of November, 2022;

**ORDERED** that Defendant's motion for modification of bail is **DENIED;**

Defendant has not provided any documentation or other support to merit modification of his bail status. Further, Defendant's assertion of a hardship, medical or otherwise, does not justify an extended curfew or removal of the location monitoring device. This Court is satisfied that the bail conditions, as set, are appropriate to protect the public, address any risk of flight, and to ensure Defendant's attendance at all proceedings related to this matter.

**SO ORDERED.**

_____
SUSAN D. WIGENTON,
U.S.D.J.